An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: LOVELL
GAINES, DECEASED,

RONALD KWAME GAINES,
Appellant,
vs.
IDA MAE GAINES,
Respondent.

No. 65621

**FILED**

JUN 1 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

In this appeal, appellant seeks to challenge the district court's March 28, 2014, oral ruling denying a motion filed by appellant in a probate matter. No appeal may be taken, however, from a district court's oral ruling. *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987). Accordingly, we lack jurisdiction to consider this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Gloria Sturman, District Judge
      Ronald Kwame Gaines
      McFarling Law Group
      Eighth District Court Clerk

14-19685